IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PITTSBURGH LOGISTICS SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.: 09-cv-01036 |
| v. | ) | |
| | ) | The Hon. William L. Standish |
| C.R. ENGLAND, INC., ENGLAND LOGISTICS SUPPLY CHAIN ENGINEERING AND TRANS-MAN LOGISTICS, INC., | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

**REPORT OF MEDIATOR**

A Mediation session was held in the above-captioned matter on Monday, July 19, 2010.

A follow-up session (please check one):

    __    is scheduled.
    X    is not scheduled.

The case (please check one):

    X    has settled.
    __    has settled in part.
    __    has not settled.

If the case has settled in part, please indicate the part that has settled.

Stipulations that the parties agreed may be disclosed are: _____

What discovery did the parties engage in prior to the ADR session (amount and type of discovery)?

Date: July 20, 2010    Signature of Neutral: _____
    Thomas T. Frampton, Esquire